IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANDY GOMEZ,<br><br>                    Plaintiff,<br><br>            v.<br><br>CHARLES,<br><br>                    Defendants. | 1:22-cv-00977-HBK<br><br>ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO MODIFY THE DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. No. 34) |

On January 17, 2025, Defendant Charles filed an administrative motion[1] to modify the current Discovery and Scheduling Order (Doc. No. 34) to extend the deadline to conduct non-expert discovery and file dispositive motions which are currently set for February 2, 2025, and May 8, 2025, respectively.  This case is set for a settlement conference for February 3, 2025. (Doc. No. 32).  The Court previously stayed all remaining deadlines in the Discovery and Scheduling Order Good in its February 3, 2025 Order until thirty (30) days after the conclusion of the settlement conference.  (*Id.* at 3, ¶ 9).  Defendant seeks a further extension until March 28, 2025 to conduct discovery and until June 27, 2025 to file dispositive motions.  (Doc. No. 34).

---

[1] *See* Local Rule 233(a).

1

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent. The Court finds good cause to further extend the discovery and dispositive motion deadlines.

ACCORDINGLY, it is ORDERED:

1. Defendant's Administrative Motion to Modify Discovery and Scheduling Order (Doc. No. 34) is GRANTED, to the extent set forth herein.
2. The deadline to conduct non-expert discovery is extended to March 28, 2025.
3. The deadline to file a dispositive motion is extended to June 27, 2025.

Dated:     January 23, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE