# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

ANDY GOMEZ,

        Plaintiff,

   v.

CHARLES,

        Defendants.

Case No.  1:22-cv-00977-HBK (PC)

**ORDER FOLLOWING SETTLEMENT CONFERENCE, VACATING DATES, AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS**

(ECF No. 32)

The Court conducted a settlement conference in this action on February 3, 2025, at which the parties reached a settlement agreement, and which terms were placed on the record.

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

    1. All pending matters and dates in this action are VACATED; and

    2. The parties shall file dispositive documents within thirty (30) days of entry of this order.

IT IS SO ORDERED.

Dated:  **February 4, 2025**           /s/ *Barbara A. McAuliffe*

                        UNITED STATES MAGISTRATE JUDGE