# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY GOMEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>GONZALEZ, *et al.*,<br><br>            Defendants. | Case No. 1:22-cv-00977-HBK (PC)<br><br>ORDER REQUIRING DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT<br><br>(ECF No. 42)<br><br>**TWENTY-ONE (21) DAY DEADLINE** |

Plaintiff Andy Gomez ("Plaintiff") is a state prisoner who proceeded *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 3, 2025, a settlement conference was held before the undersigned. The case was settled and the parties were directed to file dispositive documents. (ECF Nos. 37, 38.)

On February 4, 2025, Plaintiff and counsel for Defendant filed a stipulation to dismiss Defendant Charles and all claims in this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 39.) The action was then closed. (ECF No. 40.)

Currently before the Court is a letter from Plaintiff, filed April 3, 2025. (ECF No. 42.) In the letter, Plaintiff states that he waited 30 to 60 days and he still has not received his settlement money for this case. (*Id.*) The Court construes Plaintiff's motion as a motion to enforce the settlement agreement.

1

1    The Court finds it appropriate to obtain a response from Defendant regarding the motion.
Accordingly, Defendant shall file a response to Plaintiff's motion, (ECF No. 42), within **twenty-one (21) days** from the date of this order.  Plaintiff's reply, if any, is due within **fourteen (14) days** from the date of filing of Defendant's response.

IT IS SO ORDERED.

Dated:   **April 8, 2025**                         /s/ Barbara A. McAuliffe            _
                                                                    UNITED STATES MAGISTRATE JUDGE